United States District Court
Southern District of Texas
**ENTERED**
January 31, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. 2:20-MJ-00300 |
| | § | |
| ADAMS, et al | § | |

## ORDER ON MOTION TO DEPOSE MATERIAL WITNESSES

On this 31st day of January, 2020, came on to be heard the Motion of the material witnesses to have the videotaped deposition of material witnesses **JAIME MAYO DE DIOS, EDISON DANILO JARA-CABRERA, AND EDWIN ROLANDO CASTRO-JARA,** taken, and, having considered the same, this Court is of the opinion that it should be **GRANTED**, and this matter is set for depositions for May 21, 2020, at 1:00 p.m. in the Grand Jury Room, United States District Courthouse, Corpus Christi, Texas.

SIGNED on this the 31st day of January.

_____
JUDGE PRESIDING